UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY, ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>   Plaintiffs,<br><br>   v.<br><br>METROPOLITAN INVESTMENT SECURITIES, INC. ET AL.,<br><br>   Defendants. | No. CV-05-0309-FVS<br><br>ORDER GRANTING MOTION FOR DISCHARGE AND PERMANENT INJUNCTION |

**THIS MATTER** comes before the Court on the Motion For Discharge and Permanent Injunction, Ct. Rec. 480, filed by National Union Insurance Company ("National Union") and American International Specialty Lines Insurance Company ("AISLIC"). National Union and AISLIC are represented by Craig H. Bennion, Thomas M. Jones, and Carey Moorehead.

This consolidated interpleader action concerns a number of insurance policies purchased by Metropolitan Mortgage & Securities Co, Inc., Summit Securities, Inc., and their subsidiaries. The insurance policies at issue include the Directors and Officers Liability policy number 263-38-69 (the "D&O Policy) issued by National Union and the Financial Institution Professional Liability policy number 281-42-69

ORDER GRANTING MOTION FOR DISCHARGE AND PERMANENT INJUNCTION- 1

(the "E&O policy") issued by AISLIC.  National Union and AISLIC deposited the full remaining limits on the D&O Policy and the E&O policy into the this Court's registry.  They participated in and agreed to settlement of the present interpleader action.  This Court subsequently approved the settlement, approved the allocation of the interpleaded funds, and ordered disbursal of the interpleaded funds pursuant to the settlement agreement.

In view of these circumstances, the Court finds that National Union has discharged its obligations under the D&O Policy.  AISLIC has likewise discharged its obligations under the E&O Policy.  The Court being fully advised,

**IT IS HEREBY ORDERED:**

1. The Motion For Discharge and Permanent Injunction, **Ct. Rec. 480,** is **GRANTED.**

2. National Union and AISLIC are discharged from any and all liability to the Defendants in this consolidated interpleader action and all future claimants to the proceeds of the D&O policy and E&O policy.

3. All of the Defendants and other potential claimants are permanently restrained from instituting or further prosecuting any other proceedings in any state or federal court affecting the rights and obligations between the parties to either the D&O Policy or the E&O policy without the consent of this Court.

4. National Union and AISLIC are fully exonerated from any future claims under or in relation to the D&O Policy or the E&O Policy.

1  **IT IS SO ORDERED.**  The District Court Executive is hereby
2  directed to enter this order and furnish copies to counsel.
3  **DATED** this  20th  day of December, 2007.
4
5                                  s/ Fred Van Sickle
                                    Fred Van Sickle
                              United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION FOR DISCHARGE AND PERMANENT INJUNCTION- 3